**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ZACHARY JOHNSON**                                                              **PLAINTIFF**

**v.**                                                                                   **NO. 4:06CV119-M-D**

**CHRISTOPHER EPPS, ET AL.**                                                **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, and the October 20, 2006, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.  It is, therefore **ORDERED**:

1.      That the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.      That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

3.      That this case is **CLOSED.**

THIS, the 9th day November, 2006.


                                                                  **/s/ Michael P. Mills**
                                                                  **UNITED STATES DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ZACHARY JOHNSON**                                                    **PLAINTIFF**

**v.**                                                          **NO. 4:06CV119-M-D**

**CHRISTOPHER EPPS, ET AL.**                                            **DEFENDANTS**


**ACKNOWLEDGMENT OF RECEIPT**

      I, Zachary Johnson, hereby acknowledge that I have this day received a copy of the

court's judgment dated November 9, 2006.


This, the _____ day of _____, 2006.



_____
ZACHARY JOHNSON
PLAINTIFF